NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

A.W.,                                             )
                                                  )
            Appellant,                            )
                                                  )
v.                                                )          Case No. 2D18-2398
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
            Appellee.                             )
_____)

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Polk
County; Mark H. Hofstad, Judge.

Howard L. Dimmig, II, Public Defender, and
Stephania Anna Gournaris, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kayla Heather McNab,
Assistant Attorney General, Miami, for
Appellee.


PER CURIAM.


            Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.